United States of America
United States Patent and Trademark Office

# PUNCHBOWL

**Reg. No. 4,341,102**
**Registered May 28, 2013**
**Int. Cls.: 35, 38, 41 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Teresa Stanek Rea*
Acting Director of the United States Patent and Trademark Office

PUNCHBOWL, INC. (DELAWARE CORPORATION)
SUITE 202
50 SPEEN STREET
FRAMINGHAM, MA 01701

FOR: ADVERTISING THE GOODS AND SERVICES OF OTHERS AND PROVIDING INFORMATION ABOUT VENDOR AVAILABILITY VIA A WEBSITE ON THE INTERNET; ONLINE BUSINESS DIRECTORIES FEATURING BUSINESSES THAT PROVIDE FACILITIES FOR PUBLIC AND PRIVATE MEETINGS, FUNCTIONS, CONFERENCES, EXHIBITIONS, CONVENTIONS, TRADE SHOWS, EVENTS AND INFORMATION ABOUT VENDOR AVAILABILITY; PROVIDING ONLINE DIRECTORY INFORMATION SERVICES FEATURING HYPERLINKS TO OTHER WEBSITES; ADVERTISEMENT FOR OTHERS ON THE INTERNET; SPECIAL EVENT PLANNING FOR BUSINESS PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2006, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/00/2006.; IN COMMERCE 9-12-2010, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 09/12/2010..

FOR: TRANSMISSION OF INVITATIONS, DOCUMENTS, ELECTRONIC MAIL, ANNOUNCEMENTS, PHOTOGRAPHS AND GREETINGS VIA THE INTERNET; DELIVERY OF PERSONALIZED GREETING CARDS TO OTHERS VIA ELECTRONIC MAIL, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2006, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/00/2006.; IN COMMERCE 9-12-2010, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 09/12/2010..

FOR: PARTY PLANNING; SOCIAL ACTIVITIES PLANNING SERVICES VIA THE INTERNET IN THE FIELDS OF FOOD VENUES AND ENTERTAINMENT VENUES; PROVIDING INFORMATION ABOUT PARTY PLANNING, SPECIAL EVENT PLANNING FOR SOCIAL ENTERTAINMENT PURPOSES, SOCIAL ACTIVITY PLANNING FOR SOCIAL ENTERTAIN-

**Reg. No. 4,341,102** MENT PURPOSES IN THE FIELDS OF FOOD VENUES AND ENTERTAINMENT VENUES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-6-2006, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/00/2006.; IN COMMERCE 9-12-2010, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 09/12/2010..

FOR: PREPARATION OF ELECTRONIC INVITATIONS, NAMELY, PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE THAT ENABLES USERS TO PERSONALIZE, DESIGN, UPLOAD CONTENT AND CUSTOMIZE ELECTRONIC INVITATIONS; PROVIDING EVENTS PLANNING AND INVITATION INFORMATION PROVIDED BY USERS VIA THE INTERNET, NAMELY, HOSTING AN ONLINE COMMUNITY WEBSITE FOR AUTOMATING EVENTS PLANNING BY COLLECTING, EDITING, ORGANIZING, AND MODIFYING OF GUEST LISTS, GUEST INFORMATION, EVENT INFORMATION, AND MESSAGES AND FOR CREATING INVITATIONS; COMPUTER SERVICES, NAMELY, PROVIDING A WEBSITE THAT AUTOMATES PARTY AND ENTERTAINMENT EVENTS MANAGEMENT THAT CONSISTS OF GUEST LISTS, GUEST INFORMATION, AND INVITATION CREATION, DELIVERY, AND MANAGEME, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-0-2006, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/00/2006.; IN COMMERCE 9-12-2010, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 09/12/2010..

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-600,766, FILED 4-18-2012.

GENE MACIOL, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.