AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Punchbowl, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00136 |
| AJ Press LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AJ Press LLC
15260 Ventura Boulevard
20th Floor
Sherman Oaks, California 91403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin G. Chew
Peter J. Willsey
Vincent J. Badolato
Brown Rudnick LLP
601 Thirteenth Street, Suite 600
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/8/21

Kathy Lau  Date: 2021.02.08 15:28:16 -05'00'

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Punchbowl, Inc.

Plaintiff

Case No.: 1:21-cv-00136-LO-IDD

vs.

AJ Press LLC

Defendant

## AFFIDAVIT OF SERVICE

I, Andrew Lugo, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for: (1) Federal Trademark Infringement Under 15 U.S.C. § 1114; (2) Federal Trademark Counterfeiting Under 15 U.S.C. § 1114; (3) Federal Trademark Infringement, Unfair Competition, and False Designation of Origin Under 15 U.S.C § 1125 (a); (4) Common Law Trademark Infringement, Unfair Competition, and Passing Off; and, (5) Violations of Virginia Consumer Protection Act Under VA. Code ANN. § 59.1-200(A) with Exhibit A; and Notice in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/09/2021 at 12:01 PM, I served AJ Press LLC c/o Stubbs Alderton Markiles, LLP at 15260 Ventura Boulevard, 20th Floor, Sherman Oaks, California 91403 with the Summons; Complaint for: (1) Federal Trademark Infringement Under 15 U.S.C. § 1114; (2) Federal Trademark Counterfeiting Under 15 U.S.C. § 1114; (3) Federal Trademark Infringement, Unfair Competition, and False Designation of Origin Under 15 U.S.C § 1125 (a); (4) Common Law Trademark Infringement, Unfair Competition, and Passing Off; and, (5) Violations of Virginia Consumer Protection Act Under VA. Code ANN. § 59.1-200(A) with Exhibit A; and Notice by serving Alejandra Rivera, Manager, authorized to accept service.

Alejandra Rivera is described herein as:

Gender: Female   Race/Skin: Hispanic   Age: 30   Weight: 150   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

02/10/21
Executed On

Andrew Lugo

Client Ref Number:0300641.0012
Job #: 1586302

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050